**LOPEZ v. ROCHA, 1:16-cv-0661**                                                **EXHIBIT 1**

