## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ONELIO NICOLAS LÓPEZ            ) | |
|     *Plaintiff,*                                  ) | |
|                                                    ) | |
| v.                                                      ) | Civil Action No. 1:16cv-00661 |
|                                                    ) | |
| KEN ROCHA COLLISION, LLC,    ) | |
| KENNETH ROCHA, alias               ) | |
|     *Defendants*                              ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

In the above-entitled cause it is agreed that the following entry be made:

Pursuant to Federal Rule of Civil Procedure 41, the undersigned parties hereby stipulate and agree that all claims and counterclaims are dismissed with prejudice, without costs to any party, and with all rights of appeal waived.

| | |
|---|---|
| ONELIO NICOLAS LOPEZ<br>By his Attorneys, | KEN ROCHA COLLISION, LLC<br>and KEN ROCHA,<br>By their Attorney, |
| /s/ Kathleen Nee<br>Kathleen Nee, Bar #9375<br>1 Turks Head Place  Ste 1440<br>Providence, RI 02903<br>401-453-5633<br>katie@neelawoffice.com | /s/  Bruce A. Leach<br>Bruce A. Leach, Esq.  Bar #0281<br>DeSimone & Leach<br>One Turks Head Place  Ste 450<br>Providence, RI 02903<br>401/421-8200  Fax:401/421-0677<br>bleach@dllawri.com |
| /s/ Shannah Kurland<br>Shannah Kurland, Bar # 9186<br>149 Lenox Avenue<br>Providence, RI 02907<br>401-439-0518<br>Skurland.esq.@gmail.com | |

June 14, 2017

**Certification of Service**

I hereby certify that on June 14, 2017, the within Stipulation has been filed electronically through the court's ECF system, that it is available for viewing and downloading from the ECF system by plaintiff's counsel as follows:

| | |
|---|---|
| Kathleen Nee, Esq. | Shannah Kurland, Esq. |
| 1 Turks Head Place  Ste 1440 | 149 Lenox Avenue |
| Providence, RI 02903 | Providence, RI 029097 |

                                                                               /s/ Bruce A. Leach